**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Oldacre McDonald, LLC, and Mark McDonald, et al. v. Mattress Firm, Inc.

Appellate case number:     01-18-00548-CV

Trial court case number:    2017-73196

Trial court:                  151st District Court of Harris County

This appeal was stayed pursuant to the "Suggestion of Bankruptcy" notice that appellee, Mattress Firm, Inc., had filed in this Court on October 5, 2018. That notice stated that appellee had filed a Chapter 11 petition for relief, assigned to Case No. 18-12241-BLS, in the United States Bankruptcy Court for the District of Delaware. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a).

On December 6, 2018, appellee filed this unopposed motion to reinstate and for an extension of time to file its appellee's brief. Appellee states that the bankruptcy court's November 16, 2018 order confirmed appellee's Chapter 11 Plan of Reorganization and provided that the automatic stay shall continue until the Effective Date, when appellee shall be discharged and the stay will be lifted. Appellee attached certified copies of the bankruptcy court's order and a Notice filed there stating that the Effective Date was November 21, 2018. Thus, appellee requests reinstatement because the stay has been lifted, and further requests a 60-day extension of time to file its brief because there are three sets of appellants' briefs filed to address and the stay interrupted its preparation of its brief.

Accordingly, the Court **grants** appellee's motion to reinstate and for an extension of time and directs the Clerk of this Court to **reinstate** this appeal and to set appellee's brief due within 60 days of the date of this Order. *See* TEX. R. APP. P. 8.3(a).

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
                 x Acting individually     ☐ Acting for the Court
Date: __December 18, 2018____